

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY I 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9

**EASTERN DIVISION**

10

| | |
|---|---|
| 11  SCOTTIE RAY MARTIN, | Case No. EDCV 09-2240-R (MLG) |
| 12          Petitioner, | ORDER ACCEPTING AND ADOPTING |
| 13          v. | FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| 14  J.D HARTLEY, Warden, | |
| 15          Respondent. | |

16

17      Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the

18  petition for writ of habeas corpus and all of the records and files,

19  including the Report and Recommendation of the United States

20  Magistrate. The Court accepts and adopts the findings and

21  recommendations in the Report and Recommendation and orders that

22  judgment be entered dismissing the petition with prejudice.

23

24  Dated: May 7, 2010

25

26      _____

27  Manuel L. Real
    United States District Judge

28