JS - 6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SCOTTIE RAY MARTIN,<br><br>    Petitioner,<br><br>    v.<br><br>J.D HARTLEY, Warden,<br><br>    Respondent. | Case No. EDCV 09-2240-R (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is dismissed with prejudice.

Dated: May 7, 2010

Manuel L. Real
United States District Judge

